# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 4, 2019

Bridget M. McCormack,
Chief Justice

159381 (30)

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

*In re* SUTTON

_____

T J SUTTON,
　　　　　Plaintiff-Appellant,

v

SC: 159381
COA: 345900

WAYNE CIRCUIT COURT,
　　　　　Defendant-Appellee.

_____/

　　　　On order of the Chief Justice, Appellant's motion for reconsideration of the May 17, 2019 order is denied because it does not appear that the order was entered erroneously. Within 21 days of the date of this order, Appellant shall submit a copy of the May 17, 2019 order and refile a copy of the pleadings as ordered. Failure to comply with this order shall result in the administrative dismissal of Appellant's appeal.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 4, 2019



Clerk

izm